

**ROBERT G. SPEVACK**
ATTORNEY AT LAW
150 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 587-9663
FAX: (212) 587-9673

**MEMO ENDORSED**

November 5, 2007

United States District Court
Southern District of New York
United State Courthouse-Foley Square
500 Pearl Street, Courtroom 14A
New York, New York 10007

Attn:   Carolina Machado
        Intern to the Hon. Richard M. Berman

       Re:   Richard Carbone and Eileen Kelly-Carbone v. New Milford Hospital and
             John Mullen, M.D.
             Case No. :  07 CV 8741  (RMB)

Dear Ms. Machado:

       We represent the plaintiffs in the above matter. We are in receipt of your fax of October 29, 2007 notifying us of a scheduled initial Pre-trial Conference for November 14, 2007 at 2:00 p.m.

       We are writing at this time to request a brief extension of the conference. We are not yet in receipt of Answers from the defendants herein.

       Kindly advise accordingly.

                                                     Respectfully submitted,

                                                     *Robert Spevack*
RGS/mf                                               Robert G. Spevack

**Conference Adjourned until 11/29/07 at 9:15 A.M.**

**SO ORDERED:**
Date: 11/8/07   *Richard M. Berman*
                Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07