

**ROBERT G. SPEVACK**
ATTORNEY AT LAW
150 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 587-9663
FAX: (212) 587-9673

*MEMO ENDORSED*

By Fax (212-805-6717)

November 27, 2007

Hon. Richard M. Berman
United States District Court
Southern District of New York
United State Courthouse-Foley Square
500 Pearl Street, Courtroom 14A
New York, New York 10007

    Re:    Richard Carbone and Eileen Kelly-Carbone v. New Milford Hospital and John Mullen, M.D.
            Case No. : 07 CV 8741 (RMB)

Honorable Sir:

    We represent the plaintiffs in the above matter. As per my discussion with Andrew Bretler of this date, we are writing at this time to request an adjournment of the conference presently scheduled for November 29, 2007. We are not yet in receipt of Answers from the defendants herein.

    We propose that the conference be adjourned for 30 days to December 29, 2007, or any date thereafter convenient to this Court.

    Kindly advise accordingly.

Respectfully submitted,

Robert G. Spevack

RGS/mf

**Conference Adjourned until 1/7/08 at 9:00 A.M.**

SO ORDERED:
Date: 11/27/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-07