

ROBI       PEVACK
           AW
150 B      H FLOOR
New Y      RK 10038

                )663
                )673

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

# MEMO ENDORSED

**By Fax (212-805-6717)**

                                        )ecember 27, 2007

Hon. Richard M. Berman
United States District Court
Southern District of New York
United State Courthouse-Foley Square
500 Pearl Street, Courtroom 14A
New York, New York 10007

          Re:    Richard Carbone :        .y-Carbone v. New Milford Hospital and
                 John Mullen, M.D
                 Case No. : 07 C\ **8741**

Honorable Sir:

          We represent the plaint'        .ve matter. As per our discussion with
Andrew Brettler of this date, we are       time to request an adjournment of the
conference presently scheduled for Jan     Ve are not yet in receipt of Answers from
the defendants herein as there was a d     e parties.

          We propose that the con:         jourued for 30 days or any date thereafter
convenient to this Court.

          Kindly advise accordi...

CONFERENCE ADJOURNED
UNTIL 2/11/08 AT 9:15 A.M.

RGS/mf

SO ORDERED:
Date: 12/27/07        *Richard A. Berman*
                      Richard M. Berman, U.S.D.J.

                                          )ectfully submitted,

                                          *Robert Spevack*

                                          bert G. Spevack