USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

**MEMO ENDORSED**

**ROBERT G. SPEVACK**
ATTORNEY AT LAW
150 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 587-9663
FAX: (212) 587-9673

*Conference Adjourned to 4/15/08 at 9:00 A.M.*

February 8, 2008

SO ORDERED:
Date: 2/8/08
Richard M. Berman, U.S.D.J.

By Fax (212-805-6717)

Hon. Richard M. Berman
United States District Court
Southern District of New York
United State Courthouse-Foley Square
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:   Richard Carbone and Eileen Kelly-Carbone v. New Milford Hospital and John Mullen, M.D.
      Case No. : 07 CV 8741 (RMB)

Honorable Sir:

We represent the plaintiffs in the above matter. As per our discussion with Andrew Brettler of this date, we are writing at this time to request an adjournment of the conference presently scheduled for February 11, 2008. We apologize for the belated request.

We have been attempting for quite some time to obtain service on defendants, but have had difficulty. We were finally able to confirm through our process server that service was completed on February 6, 2008. We are not yet in receipt of Answers and have not heard from defense counsel. Their time within which to answer has not yet expired.

In light of the circumstances, we propose that the conference be adjourned for 60 days so that we can insure that all parties will be present at the next scheduled conference.

Thank you for your consideration in this matter.

Respectfully submitted,

Robert G. Spevack

RGS/mf

RECEIVED
FEB 08 2008
CHAMBERS OF
RICHARD M. BERMAN
USDJ

02/08/08  FRI 15:31  [TX/RX NO 8126]