**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD CARBONE and EILEEN KELLY-CARBONE | ) |
| | ) |
| | ) **RULE 7.1 STATEMENT** |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Case No.: 07-CIV-8741 (RMB)** |
| | ) |
| NEW MILFORD HOSPITAL and JOHN MULLEN, M.D. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT NEW MILFORD HOSPITAL'S**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned defendant, New Milford Hospital, by and through counsel, represents that, upon information and belief, it is a not for profit corporation with no parent company or publicly traded stock.

RESPECTFULLY SUBMITTED,
HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
BRUCE F. GILPATRICK, ESQ. (8841)
Attorneys For New Milford Hospital
99 Park Avenue
New York, NY 10016
212-286-8585 (p)
212-490-8966 (f)
bgilpatrick@hpmb.com

New York, NY
February 26, 2008

508500.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

      **Lisa Adams**, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

      On **February 26, 2008,** deponent served the within **RULE 7.1 STATEMENT** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper via certified mail, return receipt under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    Robert G. Spevack, Esq.
       150 Broadway, 20th Floor
       New York, NY 10038
       *Attorney for Plaintiffs*

_____
             LISA ADAMS

Sworn to before me this
26th day of February, 2008

_____
NOTARY PUBLIC

JACQUELINE RAMIREZ
Notary Public, State of New York
No. 01RA6124050
Qualified in New York County
Commission Expires March 21, 2009

327146.1