UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CARBONE, ET AL., | : |
| Plaintiffs | : 1:07-CV-08741-RMB |
| VS. | : |
| NEW MILFORD HOSPITAL, ET AL | : |
| Defendant | : |
| | : FEBRUARY 26, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael D. Neubert on behalf of defendant, John Mullen, M.D.

DEFENDANT
JOHN MULLEN, M.D.

By: /s/Michael D. Neubert
Michael D. Neubert (NY MN5626)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
P.O. Box 1940
New Haven, CT 06509-1940
Tel.: (203) 821-2000
Fax: (203) 821-2009
e-mail: mneubert@npmlaw.com

## CERTIFICATION

      I hereby certify that on February 26, 2008, a copy of the foregoing Notice of Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/Michael D. Neubert
Michael D. Neubert
Neubert, Pepe & Monteith, P.C.