UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD CARBONE, ET AL., | : | |
| Plaintiffs | : | 1:07-CV-08741-RMB |
| VS. | : | |
| NEW MILFORD HOSPITAL, ET AL | : | |
| Defendant | : | FEBRUARY 26, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant, John Mullen, M.D., pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for a 30-day extension of time in which to plead or otherwise respond to the plaintiffs' Complaint served on October 10, 2007. Counsel for the plaintiffs, Attorney Robert Spevack, has indicated his consent to this extension, which is the defendant's first with respect to this pleading.

The defendant requires this additional time in order to investigate plaintiffs' claims and to formulate an appropriate responsive pleading.

    DEFENDANT,
    JOHN MULLEN, M.D.

By: /s/Michael D. Neubert
    Michael D. Neubert (NY MN5626)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    P.O. Box 1940
    New Haven, CT 06509-1940
    Tel.: (203) 821-2000
    Fax: (203) 821-2009
    e-mail: mneubert@npmlaw.com

## CERTIFICATION

      I hereby certify that on February 26, 2008, a copy of the foregoing Motion for Extension of Time was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Michael D. Neubert
Michael D. Neubert
Neubert, Pepe & Monteith, P.C.