UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CARBONE and EILEEN KELLY-CARBONE ) ) ) | **APPEARANCE** |
| Plaintiffs, ) ) | |
| v. ) | Case No.: 07-CIV-8741 (RMB) |
| NEW MILFORD HOSPITAL and JOHN MULLEN, M.D. ) ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

Enter our appearances as counsel in this case for:

**Defendant New Milford Hospital**

February 26, 2008
Date

*[Signature]*
Signature

212-286-8585
Telephone Number

BRUCE F. GILPATRICK (8841)
Print Clearly or Type Name

212-490-8966
Fax Number

Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016
Address

bgilpatrick@hpmb.com
E-Mail address

508069.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

**Lisa Adams**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **February 26, 2008,** deponent served the within **APPEARANCE** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper via certified mail, return receipt under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:   Robert G. Spevack, Esq.
      150 Broadway, 20th Floor
      New York, NY 10038
      *Attorney for Plaintiffs*

_____
LISA ADAMS

Sworn to before me this
26th day of February, 2008

_____
NOTARY PUBLIC

JACQUELINE RAMIREZ
Notary Public, State of New York
No. 01RA6124050
Qualified in New York County
Commission Expires March 21, 2009

327146.1