**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CARBONE, ET AL., | : |
| Plaintiffs | : 1:07-CV-08741-RMB |
| VS. | : |
| NEW MILFORD HOSPITAL, ET AL | : |
| Defendant | : |
| | : FEBRUARY 26, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendant, John Mullen, M.D., pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for a 30-day extension of time in which to plead or otherwise respond to the plaintiffs' Complaint served on October 10, 2007. Counsel for the plaintiffs, Attorney Robert Spevack, has indicated his consent to this extension, which is the defendant's first with respect to this pleading.

The defendant requires this additional time in order to investigate plaintiffs' claims and to formulate an appropriate responsive pleading.

DEFENDANT,
JOHN MULLEN, M.D.

By: /s/Michael D. Neubert
Michael D. Neubert (NY MN5626)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
P.O. Box 1940
New Haven, CT 06509-1940
Tel.: (203) 821-2000
Fax: (203) 821-2009
e-mail: mneubert@npmlaw.com

*Motion Granted [#9] on Consent.*

SO ORDERED:
Date: 2/27/08  Richard M. Berman
Richard M. Berman, U.S.D.J.