UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 07 CIV 8741

Plaintiff/Petitioner: **Richard Carbone et al**

Defendant/Respondent: **New Milford Hospital et al**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.:

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **02/06/2008** at **1:40 PM**, I served the within **Summons and Complaint in a Civil Action** on **New Milford Hospital** at **21 Elm Street, New Milford, CT 06776** in the manner indicated below:

☑ **CORPORATE SERVICE:** By delivering a true copy of each to **Michelle Johnson, Executive Assistant** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 35 | 5'6" | 170 |
| Other features: | | | | | |

Sworn to and subscribed before me this
__8__ day of _February_, 20_08_
by an affiant who is personally known to
me or produced identification.

X_____
Stuart Perlmutter

_Linda J Perlmutter_
NOTARY PUBLIC
My Commission Expires: _12/31/08_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 07 CIV 8741

Plaintiff/Petitioner: **Richard Carbone et al**

Defendant/Respondent: **New Milford Hospital et al**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.:

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **02/06/2008** at **1:30 PM**, I served the within **Summons and Complaint in a Civil Action** on John Mullen MD at 131 Kent Road, New Milford, CT 06776 in the manner indicated below:

✔ CORPORATE SERVICE: By delivering a true copy of each to **Pam Morgan, Office Manager** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 50 | 5'6" | 145 |
| Other features: | | | | | |

Sworn to and subscribed before me this
___8___ day of __February__, 20_08_
by an affiant who is personally known to
me or produced identification.

X _____
Stuart Perlmutter

_____
NOTARY PUBLIC
My Commission Expires: 12/31/08