UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD CARBONE, ET AL., | : | |
| Plaintiffs | : | 1:07-CV-08741-RMB |
| VS. | : | |
| NEW MILFORD HOSPITAL, ET AL | : | |
| Defendant | : | |
| | : | MARCH 17, 2008 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Gretchen Grosick Randall on behalf of defendant, John Mullen, M.D.

        DEFENDANT
        JOHN MULLEN, M.D.

    By: /s/Gretchen Grosick Randall_____
        Gretchen Grosick Randall (NY 4366)
        NEUBERT, PEPE & MONTEITH, P.C.
        195 Church Street, 13th Floor
        New Haven, CT 06510
        Tel.: (203) 821-2000
        Fax: (203) 821-2009
        e-mail: grandall@npmlaw.com

## **CERTIFICATION**

      I hereby certify that on March 17, 2008, a copy of the foregoing Notice of Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/Gretchen Grosick Randall
      Gretchen Grosick Randall
      Neubert, Pepe & Monteith, P.C.