RECEIVED
MAR 20 2008
RICHARD M. BERMAN
MEMO ENDORSED

**ROBERT G. SPEVACK**
ATTORNEY AT LAW
150 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08

TEL: (212) 587-9663
FAX: (212) 587-9673

<u>By Fax (212-805-6717)</u>

March 20, 2008

Hon. Richard M. Berman
United States District Court
Southern District of New York
United State Courthouse-Foley Square
500 Pearl Street, Courtroom 14A
New York, New York 10007

      Re:    Richard Carbone and Eileen Kelly-Carbone v. New Milford Hospital and John Mullen, M.D.
            Case No.: 07 CV 8741 (RMB)

Honorable Sir:

We represent the plaintiffs in the above matter.

I am requesting until March 26, 2008 to respond to defense counsel's letter dated March 14, 2008 seeking a change of venue to District Court in Connecticut.

I have spoken directly to my adversary and we are exploring the possibility of amicably resolving the matter without Court intervention. I need some additional time, however, to review the cases cited by counsel and obtain additional information as to the local rules of the Connecticut Courts.

My adversary has no objection to this brief adjournment.

Respectfully submitted,

*Application Granted*

Robert G. Spevack

RGS/mf

**SO ORDERED:**
Date: 3/20/08   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

cc:  Heidell, Pittoni, Murphy & Bach, LLP
30 Oak Street
Stamford, CT 06905
Attn: Bruce F. Gilpatrick, Esq.
(By Fax: 203-353-1892)

Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
P.O. Box 1940
New Haven, CT 06509-1940
Attn: Michael D. Neubert, Esq.
(By Fax: 203-821-2009)