UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD CARBONE and EILEEN KELLY-
CARBONE,

                      Plaintiffs,

               - against -

NEW MILFORD HOSPITAL and JOHN
MULLEN, M.D.,

                      Defendants.
------------------------------------------------------------x



07 Civ. 8741 (RMB)

**ORDER**

Based upon the March 14, 2008 letter from counsel for New Milford Hospital ("Defendant") stating that Defendant "intends to move to transfer this matter to Federal District Court in Connecticut" because, among other reasons, "New Milford Hospital is a not-for-profit corporation, organized and existing under the laws of . . . Connecticut" and the "surgery took place in Connecticut . . . during which it is alleged that plaintiff sustained an injury," and upon the March 25, 2008 letter from counsel for Richard Carbone and Eileen Kelly-Carbone ("Plaintiffs") indicating that Plaintiffs "have no objection to having this case transferred to the Connecticut District Court," it is hereby ordered that this case be transferred to the United States District Court for the District of Connecticut. See 28 U.S.C. § 1404(a).

**ORDER**

The Clerk is respectfully requested to transfer this case to the United States District Court for the District of Connecticut and close it on the docket of the undersigned.

Dated: New York, New York
       March 25, 2008

                                                 **RICHARD M. BERMAN, U.S.D.J.**